```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Miguel Ramos

    v.                                                                            Case No. 19-cv-905-LM

FCI Berlin, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 28, 2020.

                                                                _____
                                                                Landya B. McCafferty
                                                                Chief Judge

Date: September 22, 2020

cc:   Miguel Ramos, pro se
       Seth Aframe, Esq.